# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**　　　　　　　　　Case No. 2:14-CR-200(10)
　　　　　　　　　　　　　　　　　　　　　**JUDGE EDMUND A. SARGUS, JR.**

  v.

**BULMARO MONTOYA GUERRA,**

      **Defendant.**

## ORDER

This matter is before the Court on the Government's Motion to Dismiss the Superseding Bill of Information and Bench Warrant against Bulmaro Montoya Guerra. (ECF No. 995.)   The defendant has been a fugitive since April 4, 2016, the date he was to be sentenced.  The government has been unable to locate the defendant and believes he has fled to Mexico.

The Superseding Bill of Information and Bench Warrant against Bulmaro Montoya Guerra is now **DISMISSED without prejudice.**

    **IT IS SO ORDERED.**


**10/1/2021**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATED**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**